382 A.2d 756

Commonwealth v. Stottlemyer, Appellant.

Submitted March 14, 1977.   John D. Flinchbaugh, Assistant Public Defender,

for appellant; Richard H. Horn, Assistant District Attorney, and Donald L. Reihart, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS and HOFFMAN, JJ., dissent based on *Commonwealth v. Riggins,* 474 Pa. 115, 377 A.2d 140 (1977).